UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAYETTE DIVISION

| | |
|---|---|
| ANDREW SCHMIDT | CIVIL DOCKET NUMBER #12-0930 |
| VERSUS | JUDGE HAIK |
| CAL DIVE INTERNATIONAL, INC | MAGISTRATE JUDGE HILL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby DISMISSED without costs and without prejudice to the right, upon good cause shown within thirty (30) days, to reopen the action if settlement is not consummated and to seek summary judgment enforcing the compromise.

THUS DONE AND SIGNED at Lafayette, Louisiana, on this 16th day of December, 2013.

RICHARD T. HAIK, SR.
DISTRICT JUDGE
UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA