UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| ANDREW SCHMIDT | * | CIVIL ACTION NO. 6:12-CV-00930 |
| VERSUS | * | JUDGE RICHARD T. HAIK, SR. |
| CAL DIVE INTERNATIONAL, INC. | * | MAG. JUDGE C. MICHAEL HILL |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come the parties hereto, appearing through respective attorneys, who suggest that the said parties have compromised any and all claims asserted in this litigation, and therefore pray for a full dismissal as to all claims, with prejudice, with each party to bear their own costs.

Plaintiff's counsel gives consent for undersigned to electronically sign and file on his behalf.

Respectfully submitted,

DOMENGEAUX WRIGHT ROY & EDWARDS

/s/ THOMAS R. EDWARDS
BOB F. WRIGHT
THOMAS R. EDWARDS - I.D. NO. 5296
556 Jefferson St., Suite 500
Lafayette, LA 70502
Tel: (337) 233-3033

–AND–

JOSEPH W. WALKER
Franklin Mosele & Walker
4200 Westheimer, Suite 130
Houston, TX 77027
Tel: (713) 840-7395

MAHTOOK & LAFLEUR
(A Limited Liability Company)

_____
WARD F. LAFLEUR - I.D. NO. 01770
CHARLES A. MOUTON - I.D. NO. 24651
Post Office Box 3089
Lafayette, Louisiana 70502
Tel: (337) 266-2189
Fax: (337) 266-2307
**COUNSEL FOR DEFENDANT,
CAL DIVE INTERNATIONAL, INC.**

## CERTIFICATE

I HEREBY CERTIFY that the above and foregoing has this date been served on all counsel of record in this proceeding by:

( ) Hand Delivery        ( ) Prepaid U.S. Mail

( ) Facsimile            ( ) Federal Express

( X ) ECF Filing

Lafayette, Louisiana, this 6th day of January, 2014.

_____
WARD F. LAFLEUR