UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| ANDREW SCHMIDT | * | CIVIL ACTION NO. 6:12-CV-00930 |
| VERSUS | * | JUDGE RICHARD T. HAIK, SR. |
| CAL DIVE INTERNATIONAL, INC. | * | MAG. JUDGE C. MICHAEL HILL |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL

Considering the foregoing Motion:

**IT IS HEREBY ORDERED** that all claims asserted in the above captioned matter be and are hereby dismissed, with prejudice, with each party to bear their own costs.

Lafayette, Louisiana, this _____ day of _____, 2014.

_____
**HONORABLE RICHARD T. HAIK, SR.**
UNITED STATES DISTRICT JUDGE